IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIRK MACKEY,                                        )
                                                    )
                        Plaintiff,                  )
                                                    )          CIVIL ACTION
vs.                                                 )
                                                    )          Case No. 4:24-CV-02600
COFE PROPERTIES, LLC,                               )
                                                    )
                        Defendant.                  )

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT,
LONG POINT BP, LLC, WITHOUT PREJUDICE**

Plaintiff, KIRK MACKEY, by and through the undersigned counsel, and pursuant to Fed.

R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses Defendant, LONG POINT BP, LLC, without

prejudice.

Respectfully submitted this 21st day of August, 2024.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

SCHAPIRO LAW GROUP, P.L.
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (561) 807-7198

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on August 21, 2024 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com