Case 4:24-cv-02600   Document 16   Filed on 09/11/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIRK MACKEY**, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-02600 |
| § | |
| **COFE PROPERTIES, LLC** § | |
| § | |
| *Defendant.* § | |

## ORDER

The Court has been informed by notice that all claims pending in this lawsuit have been settled. ECF No. 15. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date. The Clerk is directed to administratively **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th day of September, 2024.

Keith P. Ellison
United States District Judge

1/1